IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YVETTE S. SMITH o/b/o E.P. (MINOR)  **Plaintiff,** | : CIVIL ACTION : NO. 05-CV-6344 |
| v. | : |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY  **Defendant.** | : : |

## ORDER

**AND NOW**, this ____ day of November, 2006, upon consideration of the parties' Motions for Summary Judgment (Docs. 10 & 13), and after careful review of the Report and Recommendation of United States Magistrate Judge Peter B. Scuderi (Doc. 15), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation dated October 18, 2006, is **APPROVED** and **ADOPTED**;[1]

2. The Plaintiff's Motion for Summary Judgment is **DENIED**;

3. The Defendant's Motion for Summary Judgment is **GRANTED**; and

4. The Clerk of the Court shall mark the above-captioned case as **CLOSED**.

**BY THE COURT**:

/S/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] Plaintiff never filed objections to Magistrate Judge Scuderi's Report and Recommendation.